[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 08-17245
Non-Argument Calendar

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
AUGUST 6, 2009
THOMAS K. KAHN
CLERK

D.C. Docket No. 08-00045-CR-KD

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JERRY NEIL FOWLER,

Defendant-Appellant.

_____

Appeal from the United States District Court for the
Southern District of Alabama

_____

(August 6, 2009)

Before BIRCH, CARNES and KRAVITCH, Circuit Judges.

PER CURIAM:

Elsie Mae Miller, appointed counsel for Jerry Neil Fowler in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to Anders v. California, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals

that counsel's assessment of the relative merit of the appeal is correct. Because

independent examination of the entire record reveals no arguable issues of merit,

counsel's motion to withdraw is **GRANTED**, and Fowler's conviction and

sentence are **AFFIRMED**.